# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1756
LT Case No. 2024-DP-000008

_____

N.F., FATHER of N.F., JR., A
CHILD,

    Appellant,

    v.

DEPARTMENT of CHILDREN and
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Noel Figueroa, Spring Hill, pro se.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellant Division, of
Statewide Guardian ad Litem Office, Tallahassee, and Adam
Matthew Topel, of Butler Weihmuller Katz Craig LLP, of Pro
Bono Guardian ad Litem Office, Tampa, for Guardian ad Litem
Program.


January 13, 2026

PER CURIAM.

AFFIRMED.

WALLIS, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____